IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        No. 1:16-cr-10002-JDB-1

JEFFREY RICE, JR.,

    Defendant.

_____

ORDER DENYING DEFENDANT'S REQUEST FOR APPOINTMENT OF COUNSEL
_____

    Before the Court is the request of the Defendant, Jeffrey Rice, Jr., for appointment of counsel to assist him in seeking compassionate release under 18 U.S.C. § 3582. (Docket Entry 30.) A prisoner has no constitutional or statutory right to counsel in § 3582 proceedings. *See United States v. Dorsey*, No. 3:11-CR-77-TAV-HBG, 2020 WL 3977612, at *3 (E.D. Tenn. July 14, 2020). Moreover, § 3582 motions are "not complex, either legally or factually." *United States v. Terry*, Criminal Case No. 11-20752, 2020 WL 6793324, at *1 n.1 (E.D. Mich. Nov. 19, 2020). As the Defendant has failed to convince the Court that this case involves such complex facts or legal issues as to warrant appointment of counsel, the motion is DENIED. *See United States v. Booker*, Case No. 4:11-CR-127 (10), 2020 WL 6487196, at *2 (E.D. Tex. Nov. 4, 2020) (where movant failed to raise any factually or legally complex issues that could arguably justify the appointment of counsel, motion for such relief denied).

    The Clerk is DIRECTED to mail a copy of this order to Rice at the address listed on the docket.

IT IS SO ORDERED this 26th day of February 2021.

                                        s/ J. DANIEL BREEN
                                      UNITED STATES DISTRICT JUDGE